**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DAVID SADLER,                        :
    Plaintiff,                       :
                                     :
v.                                   :     **CIVIL ACTION NO. 25-CV-4678**
                                     :
APPLE INC.,                          :
    Defendant.                       :

## ORDER

AND NOW, this 26th day of May, 2026, upon consideration of Plaintiff David Sadler's

*pro se* Second Amended Complaint (ECF No. 10) it is **ORDERED** that:

    1.    The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the

Court's Memorandum.

    2.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

               **BY THE COURT:**

               *s/ Catherine Henry*
               **CATHERINE HENRY, J.**